# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

*CLERK'S OFFICE U.S. DIST. COURT*
*AT DANVILLE, VA*
*FILED*

**MAR 23 2015**

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JULIUS LEON CARTER ) | Case No: 4:09cr00009-001 |
| ) | USM No: 14010-084 |
| Date of Previous Judgment: 08/24/2009 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____      Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ___ to ___ months   Amended Guideline Range: ___ to ___ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Because Defendant was sentenced to the minimum period of incarceration permitted by statute, no reduction is authorized.

Except as provided above, all provisions of the judgment dated 08/24/2009 shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 3/23/2015

Judge's signature: /s/ Jackson L. Kiser

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title